UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
----------------------------------------------------------X
UNITED STATES OF AMERICA

    -against-

SHAKEEM RANKIN,

           Defendant.
----------------------------------------------------------X

**AFFIDAVIT**

23-CR-24 (MKB)

SHEMROY RANKIN declares under penalty of perjury, pursuant to 28 U.S.C. § 1746, that the following is true and correct:

1. I am Shakeem Rankin's brother. I live at 799 Pine Street, Second Floor, Brooklyn, New York. I live in a two-family house. My brother and our parents live in the first floor unit. I live in the upstairs unit with my wife and children, three of whom are minors.

2. I understand the nature of the charges against my brother. I consent to him returning home to the two-family house. I have no concerns about him being around my children.

Dated:    Brooklyn, New York
            January 23, 2023

                                                    _____
                                                    Shemroy Rankin