

|  | U.S. Department of Justice |
|---|---|
|  | *United States Attorney*<br>*Eastern District of New York* |
| SK/SMS | *271 Cadman Plaza East* |
| F. #2022R00307 | *Brooklyn, New York 11201* |

May 20, 2024

<u>By E-mail and ECF</u>

Roger Archibald
26 Court Street, Suite 711
Brooklyn, New York 11242
Brooklynatty@hotmail.com

    Re: <u>United States v. Shakeem Rankin</u>
      <u>Criminal Docket No. 23-0024 (MKB)</u>

Dear Mr. Archibald:

  The government writes in accordance with Rule 16 of the Federal Rules of Criminal Procedure. The government supplements its prior productions in this case with the following documents, Bates-stamped RANKIN_006793 through RANKIN_006860. The government renews its request for reciprocal discovery from the defendant.

  The discovery will be provided via USAfx in folders organized according to the following descriptions:

| Description | Bates Numbers |
|---|---|
| Records from Amazon | RANKIN_006793- RANKIN_006799 |
| Records from MediaLab.ai Inc. (Kik) | RANKIN_006800- RANKIN_006809 |
| Records from Yahoo, Inc. | RANKIN_006810- RANKIN_006815 |
| Records from Paypal, Inc. | RANKIN_006816- RANKIN_006819 |
| Records from Snapchat | RANKIN_006820- RANKIN_006823 |

| Records from T-Mobile | RANKIN_006824- RANKIN_006851 |
|---|---|
| Records from Verizon, Inc. | RANKIN_006852- RANKIN_006860 |

                                              Very truly yours,

                                              BREON PEACE
                                              United States Attorney

                     By:    /s/ Sean M .Sherman
                           Sean M .Sherman
                           Assistant U.S. Attorney
                           (718) 254-6262

Enclosures

cc:    Clerk of the Court (MKB) (by ECF) (without enclosures)